# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| RANDY A. LEHOUX, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket No. 2:24-cv-00215-NT |
| YORK COUNTY JAIL, | ) ) ) |
| Defendant. | ) ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On June 24, 2024, the United States Magistrate Judge filed with the Court, with copies to the parties, his Recommended Decision on the Plaintiff's Petition for a Writ of Mandamus (ECF No. 2). The Plaintiff filed an objection to the Recommended Decision on July 8, 2024 (ECF No. 4). I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the Magistrate Judge for the reasons set forth in the Recommended Decision. It is therefore **ORDERED** that the Plaintiff's objection is **OVERRULED**, that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED** and the Plaintiff's petition is **DISMISSED**.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 11th day of July, 2024.